IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF DELAWARE

Ernest A. Crump Jr         )         doc # 3
    plaintiff,         )

FILED
AUG - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

v.                         )

Robert May                 )         C.A. 04- 329-SLR
    et al.
    defendants.

PLAINTIFFS DISCOVERY REQUEST

Plaintiff hereby request that the defendant, Vince Bianca, Warden of Morris Community Correctional Center, Dover Delaware, to produce and permit plaintiff to inspect and photocopy the following documents in accordance with Rule 34 of the Federal Rules of Civil Procedures:

1. Any and all Department of Corrections documentation indicating the transfer of the plaintiff from Morris Community Correctional Center to Delaware Correctional Center on 08-30-02.

2. Any and all Department of corrections documentation from Morris Community Correctional Center indicating whether the plaintiffs property was transfered along with him to Delaware Correctional on 08-30-02.

3. All instructions promulgated by the Department of Corrections in connection with the Administrative Transfer of any inmate -

excluding any breach of security procedures.

Dated: 06·27·05

*Ernest A. Crump, Q* \
Plaintiff

Address: Delaware Correctional Ctr.

1181 Paddock Road

Smyrna, Delaware 19977

# Certificate of Service

I, ERNEST A. CRUMP JR, hereby certify that I have served a true and correct ORIGINAL/COPIES of the attached: DISCOVERY, INTERROGATORIES AND ADMISSIONS TO DEFENDANTS - C.A. NO. 04-329-SLR upon the following parties/person (s):

"COPIES"
TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

TO: _____
_____
_____
_____
_____

"ORIGINALS"
TO: ATTORNEY GENERALS OFFICE
DEPARTMENT OF JUSTICE
820 NORTH FRENCH ST.
WILMINGTON, DELAWARE
19801

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7th day of August, 2005

*[signature: E.A.C.]*

M. ERNEST A. CRUMP JR
SBI# 144221 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

