IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE



ERNEST A. CRUMP JR
    PLAINTIFF,

V.                                              C.A. NO. 04-329-SLR

ROBERT MAY
    ET AL
    DEFENDANTS.


PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

PURSUANT TO RULE 36 OF THE FEDERAL RULES OF CIVIL PROCEDURES, PLAINTIFF REQUEST DEFENDANT VINCE BIANCA TO ADMIT THE FOLLOWING:

1. DEFENDANT ROBERT MAY WAS ON DUTY AT MORRIS COMMUNITY CORRECTIONAL CENTER ON THE EVENING OF AUGUST 29, 2002, BETWEEN THE HOURS OF 4:00 P.M. AND MIDNIGHT.

2. DEFENDANT ROBERT MAY WAS ON DUTY AT MORRIS COMMUNITY CORRECTIONAL CENTER ON THE MORNING OF AUGUST 30, 2002, BETWEEN THE HOURS OF 12:00 A.M. UNTIL THE TIME THE PLAINTIFF WAS TRANSFERED FROM MORRIS COMMUNITY CORRECTIONAL CENTER TO DELAWARE CORRECTIONAL CENTER ON AUGUST 30, 2002.

3. DEFENDANT THOMAS RYGIL WAS ON DUTY AT MORRIS COMMUNITY CORRECTIONAL CENTER ON THE EVENING OF AUGUST 29, 2002, BETWEEN THE HOURS OF 4:00 P.M. AND MIDNIGHT.

4. DEFENDANT THOMAS RYGIL WAS ON DUTY AT MORRIS COMMUNITY CORRECTIONAL CENTER ON THE MORNING OF AUGUST 30, 2002, BETWEEN THE HOURS OF 12:00 A.M. UNTIL THE TIME THE PLAINTIFF WAS TRANSFERED FROM MORRIS COMMUNITY CORRECTIONAL CENTER TO DELAWARE CORRECTIONAL CENTER ON AUGUST 30, 2002.

(1)

5. Defendant Vince Bianca was on duty or returned back to duty at Morris Community Correctional Center on the evening of August 29, 2002, after the plaintiff was returned to said center on August 29, 2002.

6. Defendant Vince Bianca was on duty or returned back to duty at Morris Community Correctional Center on the morning of August 30, 2002, between the hours of 12:00 A.M. until the time the plaintiff was transfered from Morris Community Correctional Center to Delaware Correctional Center on August 30, 2002.

7. None of the plaintiff's personal property, including Koran and Kufi were inventoried and transfered along with him to Delaware Correctional Center on August 30, 2002.

8. Defendant Vince Bianca received a letter from the plaintiff dated 9-12-02 in reference to his personal property, including his Koran and Kufi, not being transfered along with him to Delaware Correctional Center on August 30, 2002.

9. Defendant Vince Bianca received a letter from the plaintiff dated 9-22-02 in reference to his personal property, including his Koran and Kufi, not being transfered along with him to Delaware Correctional Center on August 30, 2002.

10. Defendant Vince Bianca never corresponded back to the plaintiff's letters dated 9-12-02 and 9-22-02.

Dated: July 4, 2005

*[signature]*

Plaintiff
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

(2)