IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST CRUMP, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-329-SLR |
| | ) | |
| ROBERT MAY, THOMAS RYGIL[1], | ) | |
| VINCE BIANCA[2], and STAN TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendants Vince Bianca, Robert May, Thomas Rygil and Stan Taylor. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ophelia M. Waters
        Ophelia M. Waters, I.D. #3879
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400
        ophelia.waters@state.de.us

        Counsel for State Defendants

Dated: September 12, 2005

---

[1] Thomas Rygiel is an employee of the Department of Correction. His name has been misspelled in the caption of plaintiff's complaint.

[2] Vince Bianco is an employee of the Department of Correction. His name has been misspelled in the caption of plaintiff's complaint.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on September 12, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Ernest A. Crump, Jr.; SBI #149221; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us