

**State of Delaware**
**Department of Correction**
**Bureau of Community Corrections**
**Morris Community Correction Center**
300 Water Street
Dover, Delaware 19904

Telephone: (302) 739-4758
Fax: (302) 739-6744

## CONDITIONS OF LEVEL IV PAROLE SUPERVISION

You have been paroled to a Level IV Halfway House. Your parole supervision begins on _12-12-01_. The Level IV portion of your parole will end on the date specified by the Parole Board. If the Parole Board does not specify a time period, then it will end at the discretion of the Level IV Supervising Officer.

During this time, you will be supervised by the Level IV Halfway House Staff and you must abide by the following conditions of supervision:

1. You shall not commit any criminal offense or be convicted of any motor vehicle offense during the supervision period. Any arrest during this period could result in a recommendation for Level V supervision.
2. You are not to possess any form of contraband. ("Contraband" as defined in the orientation handbook manual)
3. You must be employed or be enrolled in school, training or treatment program which exceeds 15 hours per week.
4. You must ensure that the Halfway House Staff know your whereabouts and activities twenty-four hours a day, seven days a week. Failure to be "accountable" for more than one hour could result in a criminal charge of "Escape After Conviction."
5. You must abide by all the rules and regulations as described in the orientation handbook/manual.
6. You will follow any special rules/conditions imposed at any time by the Court, Halfway House Staff, Residential Treatment Program, or Parole Board.
7. You are not to possess or consume a controlled substance and/or other dangerous drugs unless prescribed lawfully. You are subject to random testing by Staff.

You are hereby advised that under the law, the Board of Parole may at any time revoke for cause, modify the Conditions of Supervision, reduce the period of supervision, and may issue a Capias/Warrant for any violation during the period of parole supervision. You are subject to arrest for a violation of any condition herein imposed.

~~I, the undersigned, hereby acknowledge receipt of a copy of the rules and regulations governing my conduct while on Level IV Parole Supervision.~~ I have read, or have had read to me, the above conditions of supervision. I consent to and fully understand their content and meaning.

Signed: _____ Date: _12-12-01_

Witnessed: _____