

**Morris Community Correction Center**
**300 Water Street**
**Dover, DE 19904**

## ORIENTATION MANUAL

17

1. If an emergency medical need occurs while on the Morris Community Correction Center property, immediately contact a staff member in the Duty Office. Medical staff will then be immediately contacted by MCCC staff to solicit appropriate action.

2. If an emergency medical need occurs while away from the Morris Community Correction Center, call the Duty Office at 739-4758 and inform staff of the problem. DOC staff will contact medical to solicit appropriate action. Each case will be evaluated on a case-by-case basis concerning cost to be paid for by DOC/Medical Provider. Decisions made by the medical provider concerning payments are final.



SIGNING OUT AND IN

Before leaving the Center for any reason you must get your ID card from the Duty Office. Once you sign out of the Center for any reason, you must directly leave the grounds. When returning to the Center, you must report directly to the Duty Office. You may not go to a housing unit before you have signed in.

PERSONAL ARTICLES

You are permitted reasonable quantities of clothing, cosmetics, and personal items. However, all personal articles must be kept in your assigned locker. If everything does not fit in your locker, then you have TOO MUCH and MUST SEND SOME OUT! If you fail to send excess items out, staff may confiscate them. Excess items will not be returned.



2
(Allowable items for initial drop-off continued)
L. Phone cards
M. Writing paper and pen
N. Stamps
O. Money: No more than $50.00 in small bills

PROHIBITED ACTS

1. Violating Federal, State and/or local laws.
2. Engaging in conduct and/or conspiring to engage in conduct which disrupts the orderly running of the Morris Community Correction Center.
3. Failing to obey an order, written or verbal. Failing to abide by posted regulations and/or assignments.
4. Lying to staff. Failure to be honest with any employer, treatment provider, or host.
5. Escaping, (escape is when someone in not exactly where he is suppose to be at an exact time). If staff cannot locate a resident, either by phone or in person within one hour, a warrant may be signed. Escape may include any arrest by law enforcement authorities.
6. Leaving the State without permission of the appropriate authority.
7. Being off limits/crossing posted boundary lines, being in anyone else's room, or failing to be in your own bed for count.
8. Introducing, using and/or possessing contraband. (See contraband list.) This includes on grounds or away from Center.
9. Refusing to sign a program violation.
10. Refusing to submit to and/or assist with a search and/or any test the staff deems necessary at any time or place. Stalling is failing to submit a urinalysis within two hours of a request.
11. Failing to keep the Center and grounds clean, neat and orderly.
12. Losing you ID Card and/or leaving the Center without it.
13. Failing to report a change in status to the Center for work, treatment programs, pass, and/or furlough.
14. Failing to be on time for or return from work, treatment programs pass and/or furlough.
15. Destruction of state property.
16. Lending money, clothing, or any item of value to staff or fellow residents.

3
(Prohibited Acts continued)

17. Smoking inside the facility or on facility grounds.
18. Gambling.
19. Making any unauthorized stops while en route to or from work
20. Failure to pay Room & Board/costs and fines on time.
21. Sexual contact, sexual threats including indecent exposure.
22. Refusing a program when a determination for the need is revealed or missing any scheduled program appointments
23. Failing to obtain the signature of the individual at your program and/or failure to hand in your pass.
24. Engaging in any behavior/activity which could result in negative reports about you, your dismissal from program or behavior construed as disruptive to the program
25. Quitting or being terminated from a program or job without consent.
26. Allowing personal affairs to take precedence over programs.
27. Failing to notify this Center in advance of any change in your normal program hours.
28. Driving without permission.