

**State of Delaware**
**Department of Correction**
**Bureau of Community Corrections**
**Morris Community Correction Center**
300 Water Street

Telephone: (302) 739-4758        Dover, Delaware 19901        Facsimile: (302) 739-1395

## ADMINISTRATIVE WARRANT

| | |
|---|---|
| RE: Crump, Ernest A. | CAPIAS#: M02026 |
| RACE/SEX/DOB: B/M  11/02/1958 | SBI  #: 00149221 |
| JUDGE/COURT #: Parole Board | SC ID#: N/A |
| DATE/TIME EXECUTED: 08/28/2002  2330 hrs | CR.A.#: IK80-07-0070 |

The above named offender is under SENTAC Level 4 supervision and is alleged to be in violation of their conditions of supervision.

I, **Lt. Robert May**, an employee of the Department of Correction, deputize any Sheriff, Constable, or Peace Officer of the State of Delaware, to arrest and detain **Ernest A. Crump**, pursuant to title 11 Delaware Code, Section 4334, subsection (b) and/or Section 4352, subsection (a).

---

It is alleged that the following Conditions of Supervision have been violated:

**Condition #3:** You must abide by all the rules and regulations of the Morris Community Correction Center and/or the Residential Treatment Program as described in the orientation manual.

On 05/13/2002, Mr. Crump was cited for being terminated from his place of employment due to his poor attitude.

On 07/12/2002, Mr. Crump was cited for Unaccountable Time and removed from furlough privileges.

On 08/20/2002, Mr. Crump was cited for being Off Limits, and Unaccountable Time when he failed to return directly to the facility from work.

**Condition #1:** You shall not commit and/or be convicted of any criminal offenses(s) during the supervision period. This includes the charges of Escape After Conviction.

On 08/29/2002, at 5:26 PM, Mr. Crump escaped from the Morris Community Correction Center by leaving the grounds without permission. All attempts to contact and/or locate him were unsuccessful. As a result, a warrant was filed for Escape After Conviction. His whereabouts were unknown and unauthorized until 10:20 PM on same day when he was apprehended by the Escape Apprehension Team in the Dover area.

**Condition #4:** You will follow any special rules/conditions imposed at anytime by the Court, Parole Board, Department of Correction, Halfway House Staff and the Residential Treatment Program.

On 12/05/2001, Mr. Crump was paroled to Level 4 CREST followed by 6 months Level 4 Halfway House followed by Level 3. Because he escaped custody and was returned to higher security upon his apprehension, Mr. Crump failed to satisfy the Level 4 conditions of his Parole Board order.

Signed: _[signature]_                                        Date: 08/29/2002

---
**BAIL AUTHORIZATION**

Hold without bail until the Violation hearing on: _____

So Ordered: _____    _____
                  The Honorable                                    Date