September 5, 2002

I do hereby authorize Alfrednette Johnson to pick up my paycheck from Playtex (Barretts) and/or Steve Devine and receive same.

_Ernest Crump_      09/05/2002
Ernest Crump

_[signature]_      09/05/2002
Witness