FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.                              DATE: 10-10-03

GRIEVANT'S NAME: ERNEST CRUMP        SBI#: 149221

CASE#: _____                         TIME OF INCIDENT: BETWEEN 1:30 & 2:30 PM

HOUSING UNIT: W-BUILDING

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON FRIDAY, 10-10-03, AT APPROXIMATELY 1:30 P.M. AND 2:30 P.M., I APPROACHED THE W-BUILDING OFFICERS DESK AND ASKED SGT. SALTER, AT BOTH TIMES, HAD THE CHAPEL CALLED FOR ME. SGT. SALTERS INFORMED ME BOTH TIMES, THAT THE CHAPEL NEVER CALLED. HOWEVER I WAS INFORMED TODAY BY CHAPEL WORKER FRANK ROSS, THAT THE CHAPEL IN FACT DID CALL FOR ME ON FRIDAY 10-10-03 BETWEEN 1:30 AND 2:30 P.M., BUT SGT. SALTER WOULDN'T SEND ME OVER

ACTION REQUESTED BY GRIEVANT: THAT THE INCIDENT BE INVESTIGATED AND THE APPROPIATE ACTION BE TAKEN TO REASONABLY PREVENT SUCH ABUSE OF POWER HAPPENING AGAIN

GRIEVANT'S SIGNATURE: Ernest C____        DATE: 10-15-03

WAS AN INFORMAL RESOLUTION ACCEPTED?     ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____      DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
OCT 2 2 2003
Inmate Grievance Office

April '97 REV