IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST CRUMP, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-329-SLR |
| | ) |
| ROBERT MAY, THOMAS RYGIL, VINCE BIANCA, and STAN TAYLOR, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington, this 14th day of March, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 21) is granted with respect to all claims.

2. The clerk of court is directed to enter judgment against plaintiff and in favor of defendants.

United States District Judge