IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST A. CRUMP, JR.,       ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | |
|     v.                      ) | Civ. No. 04-329-SLR |
|                             ) | |
| ROBERT MAY, THOMAS RYGIL,   ) | |
| VINCE BIANCA, and STAN TAYLOR,) | |
|                             ) | |
|         Defendants.         ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 14, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Robert May, Thomas Rygil, Vince Bianca, and Stan Taylor and against plaintiff Ernest Crump, Jr.

_____
United States District Judge

Dated: March 16, 2006

_____
(By) Deputy Clerk